AUSA: John Turrettini Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Timothy Madison Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Dion GRIFFIN

Case No.

Case: 2:26−mj−30552
Assigned To : Unassigned
Assign. Date : 9/10/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 21, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(o) | Unlawful possession of a machine gun |
| 26 U.S.C. § 5861(d) | Possession of a firearm not not registered in the National Firearms Registration |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_________________________
*Complainant's signature*

Timothy Maidson, Special Agent (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_________________________
*Judge's signature*

Date: September 9, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP), Federal Bureau of Investigation, and the ATF.

2. As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

3. Prior to this, I was employed by the Michigan State Police for more than eight (8) years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with the Michigan State Police, I initiated more than one hundred felony investigations as the lead detective. During my investigations, I drafted more than three hundred

warrant affidavits and participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, firearms, and drug trafficking.

4. In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

5. This affidavit is in support of a criminal complaint and application for an arrest warrant for Dion GRIFFIN for violations of Title 18 U.S.C. § 922(o) (unlawful machinegun possession) and 26 U.S.C § 5861(d) (possession of a firearm not registered in the National Firearms Registration) committed on August 21, 2026.

6. The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers. This affidavit is intended to show that there is sufficient probable cause and does not set forth all the information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION

7. On August 21, 2026, officers and detectives from DPD's 5th precinct responded to a shooting at a residence in the City of Detroit, within the Eastern

District of Michigan. During the shooting, a total of four victims suffered gunshot wounds, including a juvenile victim who was only 10 years old. One of the adult victims remains hospitalized with life-threatening injuries; the others were treated and released.

8. Officers identified and interviewed witnesses at the scene. According to witnesses, the victims had just returned from a funeral to change clothes to go to the memorial dinner.

9. Witnesses stated that while they were exiting their home a suspicious vehicle started driving down the street toward them. The vehicle stopped in front of the residence and occupants of the vehicle began shooting at the victims.

10. Witnesses described the shooters as several individuals wearing all black with their hoods up. According to a witness, more than one shooter was hanging out the vehicle's windows, holding a gun, firing toward the victims.

11. Law enforcement determined this was at least the second shooting that occurred at the residence, and that GRIFFIN, who lives at the residence, was the target of the shootings. Investigators also learned that GRIFFIN was shot during the incident and fled the scene prior to law enforcement arriving.

12. According to a witness, GRIFFIN was armed with a firearm during the incident. The witness identified a residence two houses down from the site of the shooting and indicated GRIFFIN dumped his gun there while fleeing the shooting.

13. Officers located a firearm in the driveway of this residence prior to the interview with the witness and identified the firearm as a Glock Model 20, 10mm semi-automatic pistol (the firearm). The firearm was equipped with what appeared to be a machine gun conversion device (MCD). The firearm also appeared to have blood on it.

14. Officers believed this was the firearm GRIFFIN discarded at that location based on the witness's affirmation. A photograph of the firearm is included below, the MCD is circled in red on the left side of the photograph, the two blood droplets are also circled in red on the slide and lower receiver.




15. Officers recovered cartridge casings from three different caliber firearms at

the scene, of types including 9mm, .40 caliber and 10mm. The officers recovered the 9mm and .40 caliber fired cartridge casings on or near the street, suggesting they came from firearms fired by occupants of the vehicle.

16. The 10mm fired cartridge casings were found in the front yard of GRIFFIN's residence, near blood droplets. An additional path of blood droplets appeared to continue to the driveway where the discarded firearm was located, two doors down from the scene.

17. The location of blood droplets several feet away from the 10mm fired cartridge casings, and the path of blood droplets to the driveway where the 10mm Glock was recovered where the witness placed GRIFFIN dumping it, support GRIFFIN's possession and shooting of the firearm.

18. GRIFFIN was shot at least three times during the incident, once in the hand, once in his right leg and once in his left leg. These injuries would have resulted in bleeding as he ran from the scene, consistent with the blood droplets observed.

19. A scene sketch is included below in Diagram A. It shows the shooters' suspected 9mm fired cartridge casings represented by blue circles and their suspected .40 caliber fired cartridge casings represented by pink circles. Meanwhile, Griffin's suspected 10mm fired cartridge casings are represented by green circles. Blood droplets are depicted as bright red drops or circles, and light red circles are locations where blood samples were collected for evidence.

## DIAGRAM A




20. According to the above diagram the 10mm fired cartridge casings were located in close proximity to GRIFFIN's residence consistent with having been

the result of GRIFFIN returning fire.

21. This is further supported by preliminary testing done on the recovered firearm. Test fires from the firearm were entered into the National Integrated Ballistic Information Network (NIBIN) along with the 10mm fired cartridge casings recovered at the scene.

22. NIBIN is the United States national automated network that searches for previously unknown links between events involving the same firearm(s). NIBIN relies on advanced technology called IBIS ("Integrated Ballistic Identification System"), which uses specialized 3D microscopy to capture the marks left by firearms on fired bullets and fired cartridge cases and then uses algorithms to find similarly marked bullets or cartridge cases within the NIBIN database of captured images.

23. IBIS technology is based on the principles of firearm identification. The firearm identification discipline is based on the fact that the surfaces of each fabricated item of the firearm (such as the firing pin, barrel, ejector, and breech block) have random tool marks from the manufacturing process that leave marks on components of the fired ammunition. Thus, these components bear the firearm's "mechanical fingerprint" once fired. Law enforcement uses NIBIN as a search tool to find multiple cartridge casings or bullets that likely were fired by the same firearm.

24. A trained correlation review technician visually examines, side-by-side, on-screen, potentially matching images returned by a NIBIN search. If the technician determines a likely match, at least one trained peer reviewer confirms that determination. This whole process is conducted pursuant to Minimum Required Operating Standards mandated and enforced by ATF and a national NIBIN governing board.

25. A crime gun identification number is assigned to all casings fired by the same firearm and the information is uploaded to the NIBIN Enforcement Support System (NESS). NESS is a web-based investigative tool that overlays NIBIN data with local law enforcement shooting and gun recovery information on one platform. NESS serves as the national repository for NIBIN information pertaining to firearms and other ballistic evidence used in the commission of a crime. NIBIN data is automatically ingested nightly, providing near real-time information on interrelated violent firearm crime to investigators and intelligence specialists in the field. NESS facilitates information sharing and collaboration between ATF and law enforcement partners.

26. The NIBIN results indicated the recovered firearm correlated to the recovered 10mm fired cartridge casings, suggesting GRIFFIN's suspected firearm was fired during the incident.

**Illegal Possession of a Machine Gun**

27. On September 1, 2026, ATF Special Agent Kenton Weston viewed images of the suspected Glock with an affixed MCD. In addition to basic ATF training, SA Weston is a graduate of a specialized course on privately made firearms and machinegun conversion devices (PMF/MCD). SA Weston has provided instruction to DPD officers, ATF Special Agents, Oakland County Sheriff's Deputies, Michigan State Police Troopers, and ATF Task Force officers on the identification of PMFs and MCDs.

28. SA Weston has experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. Additionally, SA Weston has provided sworn expert testimony in Federal Court regarding the identification and the mechanics of MCDs.

29. After viewing the images, SA Weston confirmed that the device affixed to the firearm appeared to be an MCD, colloquially referred to as a "Glock Switch."

30. Per SA Weston, an individual can affix an MCD to a Glock-style pistol to make the pistol shoot automatically and function as machinegun. The MCD is a small device that replaces the back plate and typically protrudes from the back of the slide on a Glock-style pistol. When installed, the device applies pressure to the trigger bar and disables the firearm's ability to limit one round of ammunition to be fired per trigger pull.

31. A machinegun is a firearm under the National Firearms Act (NFA), 26 U.S.C. § 5845(a). A machinegun is defined, in pertinent part, as "any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun." 26 U.S.C. § 5845(b).

32. An MCD is a part, or combination of parts, designed and intended for use in converting a semiautomatic Glock-style pistol into a machinegun; therefore, it by itself, is a "machinegun."

33. On September 3, 2026, ATF Industry Operations Intelligence Specialist queried GRIFFIN for any National Firearms Registration and Transfer Records. The results indicated that GRIFFIN does not have any NFA firearms registered to him.

**CONCLUSION**

34. Probable cause exists that on August 21, 2026, in the Eastern District of Michigan, Dion GRIFFIN, illegally possessed a machinegun in violation of Title 18, U.S.C. § 922(o) and possessed a firearm not registered in the National Firearms Registration, in violation of 26 U.S.C § 5861(d).

Respectfully submitted,

________________________
Timothy Madison
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

______________________________________
HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date: September 9, 2026